UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSE WAYNE REID, JR.,

    Plaintiff,

v.                                     Case No: 2:15-cv-616-FtM-99MRM

RAY MABUS, SAM ERHART, NCIS, FNU POPELLA, ELIZABETH FISHBACK, BOB CASEY, JIM BROWN, BOOZ ALLEN HAMILTON, FEDERAL BUREAU OF INVESTIGATION, SEAN LANGFORD, JAMES COMEY, TIMOTHY PIVNICHNY, PAT TOOMEY, JIM BRENNAN, CENTRAL INTELLIGENCE AGENCY, CAPITOL POLICE, FNU BLASEY and FNU BELL,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Mac R. McCoy (Doc. #6) filed on December 21, 2015. Judge McCoy recommends the case be dismissed as a result of the Plaintiff Jesse Wayne Reid's failure to prosecute his claim. No objection to the Report and Recommendation was filed and the time to do so has now expired.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge McCoy's findings and recommendations, this Court accepts the Report and Recommendation.

Accordingly, it is now **ORDERED:**

The Report and Recommendation of Magistrate Judge Mac R. McCoy, recommending the Plaintiff Jesse Wayne Reid's case be dismissed for failure to prosecute (Doc. #6) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

(1) The Plaintiff, Jesse Wayne Reid, Jr.'s Complaint is hereby **DISMISSED.**

(2) The Clerk of Court is directed to enter judgment accordingly, dismiss the case, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this 21st day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record